**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

---

Andrew Piza Baur, on behalf of himself and all others similarly situated,

Plaintiff,

vs.

E.W. Blanch Holdings, Inc., a Delaware corporation; E.W. Blanch Co.; Edgar W. Blanch Jr.; Chris L. Walker; Frank S. Wilkinson, Jr.; and Ian D. Packer,

Defendants.

Court File No.: 01-258 MJD/JGL

---

William Hauenstein, on behalf of himself and all others similarly situated,

Plaintiff,

vs.

E.W. Blanch Holdings, Inc., a Delaware corporation; E.W. Blanch Co.; Edgar W. Blanch Jr.; Chris L. Walker; Frank S. Wilkinson, Jr.; and Ian D. Packer,

Defendants.

Court File No.: 01-464 MJD/JGL

---

**ORDER APPOINTING LEAD PLAINTIFFS, APPROVING THEIR SELECTION OF LEAD COUNSEL AND ESTABLISHING A PLAINTIFFS' EXECUTIVE COMMITTEE**

The above-captioned matter came on for hearing before the Court on the 1st day of May, 2001, in Courtroom 9E of the U.S. Courthouse, Minneapolis, Minnesota, upon the motion of Plaintiffs Chris Osheroff, William Hauenstein and Ravi Bhola, pursuant to §21D(a)(3)(B) of the



FILED MAY 1 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B), for appointment of lead plaintiffs and approval of their selection of counsel.

Being advised by the memoranda and affidavits of the parties, arguments of counsel, and all files in this matter,

THE COURT FINDS AS FOLLOWS:

**15 U.S.C. §78u-4(a)(3)(B)**

1. An initial notice of pendency was published and disseminated in Baur v. E.W. Blanch Holdings, Inc., et al., Court File No. 01-258, on February 12, 2001, which was within 20 days of the filing of the first action, and the application to the Court for appointment of Lead Plaintiffs was made within the appropriate time period;

2. Plaintiffs Chris Osheroff, William Hauenstein and Ravi Bhola constitute the "most adequate plaintiffs" because:

a. They have filed a complaint and/or moved for appointment as Lead Plaintiffs;

b. They collectively have the largest financial interest; and

c. They satisfy the requirements of Rule 23 of the Federal Rules of Civil Procedure;

**15 U.S.C. §78u-4(a)(3)(B)(v)**

3. Movants Chris Osheroff, William Hauenstein and Ravi Bhola have selected Karl L. Cambronne of Chestnut & Cambronne, P.A., as Lead Counsel for the Class; and

4. Karl L. Cambronne of Chestnut & Cambronne, P.A., has indicated that an Executive Committee consisting of Lawrence M. Shapiro of Shapiro Professional Association, Gregory M. Nespole of Wolf, Haldenstein, Adler, Freeman & Herz, and Sherrie R. Savett of Berger & Montague, P.C., should be designated. The firms chosen by Movants Chris Osheroff,

William Hauenstein and Ravi Bhola have extensive experience in successfully handling complex securities actions.

IT IS THEREFORE ORDERED:

Pursuant to 15 U.S.C. §78u-4(a)(3)(B), the Court:

1. Appoints Movants Chris Osheroff, William Hauenstein and Ravi Bhola as Lead Plaintiffs; and

2. Approves their selection of Karl L. Cambronne of Chestnut & Cambronne, P.A., as Lead Counsel for the Class and designates the following to act as the Executive Committee for plaintiffs: Lawrence M. Shapiro of Shapiro Professional Association, Gregory M. Nespole of Wolf, Haldenstein, Adler, Freeman & Herz, and Sherrie R. Savett of Berger & Montague, P.C.

3. All future pleadings in this case shall be captioned as follows:

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

In Re E.W. Blanch Holdings, Inc. Securities Litigation    Civ. No. 01-258 (MJD/JGL)

4. Within 20 days of this order, plaintiffs shall file and serve an amended consolidated complaint.

BY THE COURT:

Dated: MAY 1, 2001

The Honorable Jonathan G. Lebedoff
United States Magistrate Judge