**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

---

Andrew Piza Baur, on behalf of himself and all others similarly situated,

Plaintiff,

vs.

E.W. Blanch Holdings, Inc., a Delaware corporation; E.W. Blanch Co.; Edgar W. Blanch Jr.; Chris L. Walker; Frank S. Wilkinson, Jr.; and Ian D. Packer,

Defendants.

Court File No.: 01-258 MJD/JGL

---

William Hauenstein, on behalf of himself and all others similarly situated,

Plaintiff,

vs.

E.W. Blanch Holdings, Inc., a Delaware corporation; E.W. Blanch Co.; Edgar W. Blanch Jr.; Chris L. Walker; Frank S. Wilkinson, Jr.; and Ian D. Packer,

Defendants.

Court File No.: 01-~~474~~ 464 MJD/JGL

---

**STIPULATION AND ORDER**

The above-captioned actions are hereby consolidated pursuant to Fed. R. Civ. P. 42(a). Defendants need not answer or otherwise respond to either of the above-captioned actions.

When a consolidated complaint has been served upon the defendants, defendants may have 30 days thereafter to answer, move, or otherwise respond to the consolidated complaint.

FILED MAY 09 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD

Dated: May 1, 2001

**CHESTNUT & CAMBRONNE, P.A.**

By: ______________________

Karl L. Cambronne, #14321
Jeffrey D. Bores, #226799
Becky L. Erickson, #0257692
3700 Piper Jaffray Tower
222 South Ninth Street
Minneapolis, MN 55402
(612) 339-7300

**Attorneys for Plaintiffs**

Dated: May 5, 2001

**DORSEY & WHITNEY, LLP**

By: ______________________

Roger Magnuson, #66461
Peter W. Carter, 227985
220 South Sixth Street, Suite 1700
Minneapolis, MN 55402-1498
(612) 340-5635

**Attorneys for Defendants**

**BICKEL & BREWER**
John Bickel
1717 Main Street
Suite 4800
Dallas, TX 75201

**Attorney for Defendant Ian Packer**

SO ORDERED.

Dated: May 3, 2001

______________________
The Honorable Jonathan G. Lebedoff