UNITED STATES DISTRICT COURT
District of Minnesota

\# 137651

# PETITION FOR ADMISSION PRO HAC VICE

**Case Number:** 01-258 MJD/JGL

**Affidavit of Movant**

I, Peter W. Carter, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice John W. Bickel II, an attorney admitted to practice in the Northern District of Texas, but not admitted to the bar of this court, who will be counsel for the( )plaintiff (XX)defendant ________ in the case(s) listed below. I am aware that the local rules of this court require that I participate in the preparation and presentation of the case(s) listed below, and that I accept service of all papers served.

Signature [signature] Date 5/1/01

Minnesota Attorney License Number: #227985

Law Firm Name & Address: Dorsey & Whitney LLP
220 South Sixth Street
Minneapolis, MN 55402

Telephone: (612) 340-5635 Fax: (612) 340-2777

Michelle Anne Bristol
MICHELLE ANNE BRISTOL
Notary Public, State of Texas
My Commission Expires
09-08-02

**Affidavit of Proposed Admittee**

I, John W. Bickel II, am currently a member in good standing of the U.S. District Court for the Northern District of Texas, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

John W. Bickel II — Type/Print Name
[signature] — Signature
4-26-01 — Date

Attorney License Number: 02292700

Law Firm Name & Address: Bickel & Brewer
1717 Main Street, Suite 4800
Dallas, TX 75201

Telephone: (214) 653-4820 Fax: (214) 744-6313

Case Number: Cv. 01-258 MJD/JGL Judge Assigned: Michael J. Davis
Case Title: Baur v. E.W. Blanch Holdings, et al.

Motion Granted: [signature] MAY 09 2001
For the Court, Francis E. Dosal, Clerk Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

Clerk, U.S. District Court
Federal Building, Room 708
316 North Robert Street
St. Paul, Minnesota 55101

12/97

FILED MAY 09 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________