UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

**In re E. W. Blanch Holdings, Inc. Securities Litigation** | **Civ. No. 01-258 (MJD/JGL)**

**STIPULATION TO EXTEND TIME TO ANSWER THE AMENDED CONSOLIDATED CLASS ACTION COMPLAINT AND ORDER**

Plaintiffs and defendants in the above-referenced cases, through their undersigned attorneys, hereby stipulate that defendants may have an extension to answer, move, or otherwise respond to the Amended Consolidated Class Action Complaint. The answer, or other responsive pleading, shall be due on or before July 9, 2001.

Dated: 6/25/01

CHESTNUT & CAMBRONNE, P.A.

Karl L. Cambronne, #14321
Jeffrey D. Bores, #226799
Becky L. Erickson, #0257692
3700 Piper Jaffray Tower
222 South Ninth Street
Minneapolis, MN 55402
(612) 339-7300

Attorneys for Plaintiff

FILED JUN 29 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

DORSEY & WHITNEY LLP

Dated: June 22, 2001

Roger Magnuson, #66461
Peter W. Carter, #227985
Daniel J. Brown, #0298992
220 South Sixth Street
Minneapolis, MN 55402
(612) 340-5635

Attorneys for Defendants

BICKEL & BREWER

John Bickel, Esq.
1717 Main Street
Suite 4800
Dallas, TX 75201

Attorney for Defendant Ian Packer

SO ORDERED

United States Magistrate Judge