**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

---

In re E.W. Blanch Holdings, Inc. Securities Litigation — Civ. No. 01-258 (MJD/JGL)

---

## STIPULATION AND ORDER

WHEREAS, defendants had scheduled a motion to be heard on July 30, 2001, to obtain an order allowing more time to respond to plaintiffs' Amended Consolidated Class Action Complaint; and

WHEREAS, plaintiffs scheduled a motion for the same date to be allowed to serve and file a Second Amended Consolidated Class Action Complaint; and

WHEREAS, defendants herein anticipate bringing motions pursuant to Fed. R. Civ. P. 12(b)(6) seeking to dismiss the Second Amended Consolidated Class Action Complaint; and

WHEREAS, service and filing of said Second Amended Consolidated Class Action Complaint is consented to by all defendants; and

WHEREAS, counsel for Rodman Fox agrees to accept service of the Second Amended Consolidated Class Action Complaint on behalf of Rodman Fox;

WHEREAS, the July 30, 2001, hearing will be stricken by agreement of all parties.

NOW THEREFORE, it is hereby stipulated and agreed by and amongst counsel as follows:

1. Pursuant to Fed. R. Civ. P. 15 (a), plaintiffs may serve and file the Second Amended Consolidated Class Action Complaint previously sent to counsel for defendants on June 25, 2001.

2. Defendants, including Rodman Fox, shall have until on or before September 7, 2001, to serve and file their anticipated motions to dismiss pursuant to Fed. R. Civ. P. 12(b)(6).

3. Plaintiffs shall have until on or before October 8, 2001, to file their responsive briefs.

4. Any reply brief of defendants shall be served within ten (10) business days of the service of plaintiffs' responsive brief.

5. The parties shall cooperate to schedule a hearing as soon after briefing is completed.

FILED JUL 25 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: July _____, 2001

**CHESTNUT & CAMBRONNE, P.A.**

By: ________________________________

Karl L. Cambronne, #14321
Jack L. Chestnut, #16378
Jeffrey D. Bores, #226799
3700 Piper Jaffray Tower
222 South Ninth Street
Minneapolis, MN 55402
(612) 339-7300

**Lead Counsel for Plaintiffs**

**SHAPIRO PROFESSIONAL ASSOCIATION**
Lawrence M. Shapiro, #130886
1060 The Colonnade
5500 Wayzata Boulevard
Minneapolis, MN 55416
(763) 542-1716

**BERGER & MONTAGUE, P.C.**
Sherrie R. Savett
Karen S. Orman
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ**
Robert B. Weintraub
270 Madison Avenue
New York, NY 10016
(212) 545-4600

**Executive Committee for Plaintiffs**

**SCHATZ & NOBEL**
Andrew Schatz
Jeffrey S. Nobel
330 Main Street # 2
Hartford, CT 06106
(860) 493-6292

**LAW OFFICES OF BRUCE G. MURPHY**
Bruce G. Murphy
265 Llwyds Lane
Vero Beach, FL 32963
(561) 231-4202

**LAW OFFICES OF MARC S. HENZEL**
Marc S. Henzel
210 West Washington Square
Third Floor
Philadelphia, PA 19106-3514
(215) 625-9999

**Attorneys for Plaintiffs**

Dated: July 24, 2001

**DORSEY & WHITNEY, L.L.P.**

By: ______________________

Peter W. Carter
220 South Sixth Street
Suite 1700
Minneapolis, MN 55402-1498
(612) 340-2600

**Attorneys for Defendants Edgar W. Blanch, Jr., Ian Packer, Chris L. Walker and Frank S. Wilkinson, Jr.**

John Bickel, Esq.
1717 Main Street
Suite 4800
Dallas, TX 75201
(214) 653-4820

**Additional Attorney for Defendant Ian Packer**

Dated: July 24, 2001

**FAEGRE & BENSON, L.L.P.**

By: ______________________________

Wendy J. Wildung, #117055
Karen E. Wilson, #241726
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

**Attorneys for Defendant E.W. Blanch Holdings, Inc.**

Dated: July _____, 2001

**FELHABER LARSON FENLON & VOGT, P.A.**

By: ______________________________

David L. Hashmall
601 Second Avenue South, Suite 4200
Minneapolis, MN 55402-4302
(612) 339-6321

**Attorney for Defendant Rodman Fox**

**ORDER**

Based on the stipulation of counsel, the following is ordered:

1. The terms of the above stipulation are adopted as the order of the court;

2. The clerk shall forthwith issue an Amended Summons to counsel for plaintiffs.

Dated: July _____, 2001

By: ______________________________

The Honorable Jonathan Lebedoff
United States Magistrate Judge

Dated: July _____, 2001

**FAEGRE & BENSON, L.L.P.**

By: ______________________________

Wendy J. Wildung, #117055
Karen E. Wilson, #241726
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

**Attorneys for Defendant E.W. Blanch Holdings, Inc.**

Dated: July 25, 2001

**FELHABER LARSON FENLON & VOGT, P.A.**

By: ______________________________

David L. Hashmall
601 Second Avenue South, Suite 4200
Minneapolis, MN 55402-4302
(612) 339-6321

**Attorney for Defendant Rodman Fox**

**ORDER**

Based on the stipulation of counsel, the following is ordered:

1. The terms of the above stipulation are adopted as the order of the court;

2. The clerk shall forthwith issue an Amended Summons to counsel for plaintiffs.

Dated: July 25, 2001

By: ______________________________

The Honorable Jonathan Lebedoff
United States Magistrate Judge

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500