254/004

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 708 Federal Building,
316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100

## PETITION FOR ADMISSION PRO HAC VICE

Case Number: 01-258 MJD/JGL Case Title: In re E.W. Blanch Holdings, Inc. Sec. Litig.

**Affidavit of Movant**

I, Karl Cambronne, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Robert Weintraub, an attorney admitted to practice in the SDNY District of NY, but not admitted to the bar of this court, who will be counsel for the (x)plaintiff ( )defendant class in the case(s) listed above. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed above, and that I accept service of all papers served.

Signature: [signature] MN Attorney License #: 14321 Date: 12/10/02

**Affidavit of Proposed Admittee**

I, Robert B. Weintraub, am currently a member in good standing of the U.S. District Court for the Southern District of New York, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Type/Print Name: Robert B. Weintraub Signature: Robert B. Weintraub Date: 12/7/01

Attorney License Number: New York State, App Div. 1st Dept.

Law Firm Name & Address: Wolf, Haldenstein, Adler, Freeman, Herz
270 Madison Avenue
NY, NY 10016

Telephone: (212) 545-4600

Motion Granted: [signature] For the Court: Francis E. Dosal, Clerk Date: DEC 11 2001

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

DEC 11 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

6/99