UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re E.W. Blanch Holdings, Inc. Securities Litigation

ORDER
Civil No. 01-258 (MJD/JGL)

---

Karl L. Cambronne, Jack L. Chestnut, Jeffrey D. Bores and Alice Sherren Brommer, Chestnut & Cambronne, P.A. Lead Counsel for Plaintiffs, Robert B. Weintraub and Gregory M Nespole, Wolf Haldenstein Adler Freeman & Herz, Executive Committee for Plaintiffs.

Wendy J. Wildung and Karen Wilson, Faegre & Benson LLP, for and on behalf of Defendant E.W. Blanch Holdings, Inc.

David L. Hashmall, Felhaber, Larson, Fenlon & Vogt, P.A. for and on behalf of Defendant Rodman Fox.

Roger J. Magnuson, Peter W. Carter and Daniel J. Brown, Dorsey & Whitney LLP for Defendants Edgar W. Blanch, Jr., Chris L. Walker, Frank S. Wilkinson, Jr., and Ian D. Packer.

---

Before the Court is Defendant E.W. Blanch Holdings, Inc.'s Motion to Dismiss, Defendant Rodman Fox's Motion to Dismiss and Defendants Edgar W. Blanch Jr., Chris L. Walker, Frank S. Wilkinson, Jr. and Ian D. Parker's Motion to Dismiss. The Court has reviewed the submissions of the parties, the applicable case law and heard oral arguments. Based on its review of the applicable allegations and law, the Court will deny the motions.

IT IS HEREBY ORDERED that:

1. Defendant E.W. Blanch Holdings, Inc.'s Motion to Dismiss is DENIED;



FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

2. Defendant Rodman Fox's Motion to Dismiss is DENIED; and

3. Defendants Edgar W. Blanch Jr., Chris L. Walker, Frank S. Wilkinson, Jr. and Ian D. Parker's Motion to Dismiss is DENIED.

Date: May 22, 2002

Michael J. Davis
United States District Court