UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-258 (JEL/JGL)

IN RE: E W BLANCH HOLDINGS, INC.
SECURITIES LITIGATION

**PRETRIAL ORDER**

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is two weeks;

2. All motions which seek to amend any pleading or to add any parties must be filed prior to November 1, 2002;

3. Plaintiffs shall disclose all expert witnesses, including reports, by July 15, 2003; Defendants shall disclose all expert witnesses, including reports, by August 15, 2003; Plaintiffs' rebuttal reports shall be disclosed by September 2, 2003;

4. The period during which the parties may seek non-expert discovery shall be completed by June 15, 2003; The period during which the parties may seek expert discovery shall be completed by October 1, 2003;

5. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to October 1, 2003;

6. Until further notice, all dispositive motions must be noticed, served and filed, in accordance with the local rules, prior to November 1, 2003; and

7. This case will be considered "ready for trial" as of February 1, 2004.

DATED: July 12, 2002

JONATHAN LEBEDOFF
Chief U.S. Magistrate Judge

FILED [illegible] 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ___
DEPUTY CLERK ___