**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

---

**In re E. W. Blanch Holdings, Inc. Securities Litigation** **Civ. No. 01-258 (JEL/JGL)**

---

**ORDER**

**WHEREAS**, Defendant E.W. Blanch Holdings, Inc. ("EWB") possesses "confidential" ("Protected Materials") that it received from third parties AIG Companies ("AIG") and ReliaStar Life Insurance Company ("ReliaStar") in the course of the lawsuit known as AIU Insurance Co. v. Unicover Managers, Inc., 724 N.Y.S.2d 147 (N.Y. App. Div. 2001), aff'g, AIU Insurance Co. v. Unicover Managers, Inc., Index No. 600 744/99 (N.Y. Sup. Ct. July 7, 2000) (the "Unicover Lawsuit");

**WHEREAS**, the court in the Unicover Lawsuit issued a protective order requiring all parties to return or destroy Protected Materials after the conclusion of that matter;

**WHEREAS**, Plaintiffs in this action have served document requests on EWB seeking the production of all documents produced in the Unicover Lawsuit;

**WHEREAS**, counsel for AIG and ReliaStar have refused to give their consent to the production in this matter of the Protected Materials that they produced in the Unicover Lawsuit;

**WHEREAS**, this Court has issued a Protective Order in this matter that relates to confidential material produced in this matter;

FILED DEC 0 6 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**WHEREAS**, the Plaintiffs have agreed to treat the Protected Materials that AIG and ReliaStar produced in the Unicover Lawsuit as confidential pursuant to the terms of the Protective Order in this matter;

**WHEREAS**, EWB moved for a protective order under Rule 26(c) of the Federal Rules of Civil Procedure related to the Protected Materials that AIG and ReliaStar produced in the Unicover Lawsuit. The Court heard oral argument on this motion on December 3, 2002;

Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. EWB shall produce to Plaintiffs documents marked "confidential" ("Protected Materials") that it received from AIG and ReliaStar in the "Unicover Lawsuit;" and

2. The Protected Materials shall be subject to the Protective Order in this matter without further designation or action by EWB.

Dated: Dec. 6, 2002

The Honorable Jonathan G. Lebedoff
United States Magistrate Judge

M2:20507796.01