**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

---

In re E.W. Blanch Holdings, Inc. Securities Litigation | Civ. No. 01-258 (JNE/JGL)

---

**STIPULATION AND ORDER**

WHEREAS, thirty-one (31) persons/entities have filed claims in this matter in an untimely fashion (after June 30, 2003); and

WHEREAS, it is the view of counsel representing both plaintiffs' and defendants in this matter that only claims filed not later than July 14, 2003 should be allowed to participate as if their claims had been timely filed.

NOW THEREFORE, it is hereby stipulated as follows:

1. The claimants whose claims are postmarked on or before July 14, 2003 shall be allowed to participate as if their claims had been filed in a timely fashion.

2. Any claims received by the class administrator postmarked after July 14, 2003 shall be returned to the claimant as being untimely and said individual shall not be allowed to share in the settlement proceeds in this action.

Dated: August 25, 2003

**CHESTNUT & CAMBRONNE, P.A.**

By: ______________________

Karl L. Cambronne, #14321
3700 Campbell Mithun Tower
222 South Ninth Street
Minneapolis, MN 55402
(612) 339-7300

**Counsel for Plaintiffs**

**FAEGRE & BENSON, L.L.P.**

By: ______________________

Wendy J. Wildung, #117055
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

**On Behalf of All Defendants**

AUG 27 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS

**ORDER**

The foregoing stipulation of counsel, is adopted as the order of this Court.

Dated: August 27, 2003.

JOAN N. ERICKSEN, Judge
United States District Court