UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

IN RE:

E.W. BLANCH HOLDINGS, INC. SECURITIES LITIGATION

Civil File No. 01-258 (JNE)

**REVISED PETITION FOR ORDER FOR FINAL DISTRIBUTION OF SETTLEMENT FUNDS, PAYMENT OF FEES AND EXPENSES, AND DENIAL OF SPECIFIED CLAIMS**

WHEREAS, the law firm of Chestnut & Cambronne, P.A. has been designated lead counsel and settlement counsel in the above-captioned action. Jack L. Chestnut, one of the firm's partners, hereby petitions and requests that this matter be considered by the Court based on the petition and revised petition and affidavit and supplemental affidavit of settlement counsel herein; and

WHERAS, final judgment of this Court was entered on June 16, 2003. The Court at that time retained jurisdiction over the administration and distribution of the settlement fund; and

WHEREAS, the Court has previously approved distribution of the settlement funds and approved the procedure for the Approval of Valid Claims and Denial of Invalid Claims as submitted by Analytics, Inc., the settlement administrator; and Jack L. Chestnut and Karl L. Cambronne, settlement counsel; and

WHEREAS, the distribution in accordance with the plan has now been



SCANNED
JAN 2 4 2006 JME
U.S. DISTRICT COURT MPLS

completed; and

WHEREAS, a number of checks issued were returned as undeliverable or otherwise remain uncashed. Numerous efforts have been made to locate the claimants for these checks. They were partially successful and new checks were issued and cashed over a period of time. Some of these checks which were reissued still remain uncashed. The Affidavit of Jack L. Chestnut, filed in conjunction herewith sets forth these efforts and lists those claimants whose claim should now be denied for failure to comply with the plan of distribution; and

WHEREAS, the plan of distribution has now been completed and the amount of the undistributed settlement fund is $268,763.04, consisting of uncashed distributions, accrued interest, and reserve contingency funds; and

WHEREAS, settlement counsel has incurred unpaid fees and expenses since June 16, 2003, of $69,022.00 and $ 6,018.39 respectively. See Affidavit of Jack L. Chestnut, filed herewith; and

WHEREAS, settlement counsel is unaware of any other charges against the settlement fund. If the Application for Fees and Expenses is granted as submitted there would remain an undistributed balance in the settlement fund of $193,722.65; and

WHEREAS, the settling defendants have no claim to these funds. The final judgment, long since entered, confers no residual interest in the defendants; and

WHEREAS, the low chance of success and the cost of further attempts after three years to locate existing approved claimants and the expense of

processing, printing and mailing of supplemental checks would result in de minimous if any distribution to each claimant; and

WHEREAS, in similar matters, the remaining balance of the settlement funds have been distributed to such charities as the Court may approve. Settlement Counsel request the Court consider the following charities as recipients of the undistributed balance in the settlement fund for the reasons set forth in the Affidavit and Supplemental Affidavit of Jack L. Chestnut in support hereof: Federal Judicial Center Foundation; Institute for Law and Economic Policy; the Minneapolis Heart Institute Foundation; Twin Cities Rise!; and the Adults Saving Kids; and

WHEREAS, Analytics, Inc., the claims administrator and Jack L. Chestnut of Chestnut & Cambronne, P.A., settlement counsel, have numerous files, records and claims in their possession which are no longer necessary. They request that they be authorized to destroy such files, records and claims.

NOW THEREFORE, settlement counsel hereby petitions the Court for the entry of an order providing as follows:

1. That the numbered claims attached hereto as Exhibit A (from the Affidavit of Jack L. Chestnut) be denied for failure to comply with the plan of distribution.

2. That fees of $69,022.00 and expenses of $6,018.39 be paid to the firm of Chestnut & Cambronne, P.A.

3. That the balance remaining in the settlement fund be contributed to the following charities:

a. Federal Judicial Center Foundation;

b. Institute for Law and Economic Policy;

c. Minneapolis Heart Institute Foundation;

d. Twin Cities Rise!; and

e. Adults Saving Kids.

4. Analytics, Inc., the claims administrator and Jack L. Chestnut of Chestnut & Cambronne, P.A., the settlement counsel, are hereby authorized to destroy all files, records and claims in their possession in respect to this litigation.

Entry of such an order will terminate all aspects of this litigation finally and for all purposes. Thus for all other reasons specified herein, settlement counsel request that the Court enter the proposed order attached hereto as Exhibit B.

Dated this 20 day of January, 2006.

**CHESTNUT & CAMBRONNE, P.A.**

By: [signature]
Jack L. Chestnut, #16378
3700 Campbell Mithun Tower
222 South Ninth Street
Minneapolis, MN 55402
(612) 339-7300

**Settlement Counsel**