UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

IN RE:

E.W. BLANCH HOLDINGS, INC. SECURITIES LITIGATION

Civil File No. 01-258 (JNE)

---

**SUPPLEMENTAL AFFIDAVIT OF JACK L. CHESTNUT IN SUPPORT OF PETITION FOR ORDER FOR FINAL DISTRIBUTION OF SETTLEMENT FUNDS, APPLICATION FOR AWARD OF FEES AND REIMBURSEMENT OF EXPENSES AND DENIAL OF CERTAIN SPECIFIED CLAIMS**

STATE OF MINNESOTA )
) SS.
COUNTY OF HENNEPIN )

Jack L. Chestnut being first duly sworn deposes and states as follows:

1. As settlement counsel herein, I requested the claims administrator, Analytics, Inc., to provide me the amount of undistributed settlement funds. They erroneously reported to me that the amount was $194,243.47 which is the amount that was included in the original petition. I requested that all accounts in the outstanding financial institutions be immediately closed and the balances be transferred to the trust account of Chestnut & Cambronne, P.A. This was accomplished on January 19, 2006. The amount of funds transferred and received in the trust account was $268,763.04 as opposed to the $194,243.47 reported in the previous petition.

SCANNED
JAN 2 4 2006
JME
U.S. DISTRICT COURT MPLS

2. Therefore the undistributed balance in the settlement fund after the application of fees and expenses previously granted is $193,722.65 as opposed to the $119,203.08 as previously reported in the petition, an increase of funds available in the settlement fund of $74,519.57. All other provisions of the petition and affidavit are correct.

3. In paragraph 11 of my original affidavit the Court was requested to consider certain specified charities as recipients of the undistributed balance of the settlement fund. In view of the above, I as settlement counsel, also request that the court consider Twin Cities Rise!. The mission of Twin Cities Rise! is to provide employers with skilled workers -- primarily men from communities of color in the Twin Cities area -- by training under - and unemployed adults for skilled jobs that pay a living wage of at least $20,000 per year with full benefits. Its ultimate objective is to establish a new, market driven approach to job preparation and long term job retention that is financially sustainable, has a meaningful impact on concentrated poverty, and can influence industry practice and government policy. A contribution to this charitable organization will benefit the community in which the defendant was initially, primarily located.

FURTHER AFFIANT SAYETH NOT.

Dated: 1/20, 2006

**CHESTNUT & CAMBRONNE, P.A.**

By: [signature]

Jack L. Chestnut, #16378
3700 Campbell Mithun Tower
222 South Ninth Street
Minneapolis, MN 55402
(612) 339-7300
**Settlement Counsel**

Subscribed and sworn to before me
this 20th day of January, 2006.

[signature]
Notary Public

DIDIER

BRENDA L. DIDIER
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2010