UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

IN RE:

E.W. BLANCH HOLDINGS, INC. SECURITIES LITIGATION

Civil File No. 01-258 (JNE)

---

**AMENDED ORDER FOR FINAL DISTRIBUTION OF SETTLEMENT FUNDS, PAYMENT OF FEES AND EXPENSES, AND DENIAL OF SPECIFIED CLAIMS**

WHEREAS, this Court, by previous Orders entered final judgment and retained jurisdiction over the administration of the settlement and the distribution of the settlement fund; and

WHEREAS, the Court has been duly presented with a petition and a revised petition by settlement counsel, together with supporting affidavit and supplemental affidavit requesting denial of certain claims for failure to comply with the plan of distribution, payment of fees and expenses, and for distribution of remaining funds to charities approved by the Court; and

WHEREAS, the plan of distribution has now been completed.

NOW THEREFORE, it is hereby ordered and adjudged as follows:

1. That the numbered claims listed in Exhibit A, attached hereto, are denied.

2. The law firm of Chestnut & Cambronne, P.A. is awarded fees of $69,022.00 and expenses of $6,018.39.

3. The remaining settlement fund shall be paid as follows:



SCANNED
JAN 24 2006
JNE
U.S. DISTRICT COURT MPLS

a. Federal Judicial Center Foundation, Thurgood Marshall Federal Judiciary Building, 1 Columbus Circle NE, Washington D.C. 20002-8003. $54,361.33

b. Institute for Law and Economic Policy, 1845 Walnut Street, 25th Floor, Philadelphia, PA 19103. $54,361.32

c. Minneapolis Heart Institute Foundation, 920 East 28th Street, Suite 120, Minneapolis, MN 55407. $40,000.00

d. Twin Cities Rise!, 800 Washington Avenue North Suite 203, Minneapolis, MN 55401 $30,000.00

e. Adults Saving Kids, 1901 Portland Avenue, Minneapolis, MN 55404. $15,000.00

4. Analytics, Inc., the administrator and Jack L. Chestnut of Chestnut & Cambronne, P.A., the settlement counsel, are hereby authorized to destroy all files, records and claims in their possession in respect to this litigation.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: Jan 23, 2006

The Honorable Joan N. Ericksen
United States District Judge

# EXHIBIT A

## Claims To Be Denied For Failure To Comply With Plan of Distribution

| Claim No. |
|---|
| 90007 |
| 90286 |
| 80143 |
| 80208 |
| 81426 |
| 91370 |
| 90256 |
| 90273 |
| 90283 |
| 90287 |
| 90443 |
| 90452 |
| 90453 |
| 91160 |
| 91159 |
| 91331 |
| 90284 |
| 91197 |