♆AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### District of Minnesota

In Re: E. W. Blanch Holdings, Inc. Securities Litigation

V.

**JUDGMENT IN A CIVIL CASE**

Case Number:  01-258 JNE

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1. That the numbered claims listed in Exhibit A, attached hereto, are denied.
2. The law firm of Chestnut & Cambronne, PA is awarded fees of $69,022.00 and expenses of $6018.39.
3. The remaining settlement fund shall be paid as follows:
   a. Federal Judicial Center Foundation, Thurgood Marshall Federal Judiciary Building, 1 Columbus Circle NE, Washington, DC 20002-8003                         $54,361.33
   b. Institute for Law and Economic Policy, 1845 Walnut Street, 25th Floor, Philadelphia, PA  19103                         $54,361.32
   c. Minneapolis Heart Institute Foundation, 920 East 28th Street, Suite 120, Minneapolis, MN  55407                         $40,000.00
   d. Twin Cities Rise!, 800 Washington Avenue North, Suite 203, Minneapolis, MN  55401                         $30,000.00
   e. Adults Saving Kids, 1901 Portland Avenue, Minneapolis, MN  55404                         $15,000.00
4. Analytics, Inc., the administrator and Jack L. Chestnut of Chestnut & Cambronne, PA, the settlement counsel, are hereby authorized to destroy all files, records and claims in their possession in respect to this litigation.

|                              |                              |
|------------------------------|------------------------------|
| January 24, 2006             | RICHARD D. SLETTEN, CLERK    |
| Date                         |                              |
|                              | s/Amy Linner                 |
|                              | (By)    Amy Linner,   Deputy Clerk |

Form Modified:  09/16/04